**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Kairi E. Gould | : | |
|         Debtor | : | Chapter 13 |
| | : | |
| Kairi E. Gould | : | Bankruptcy No. 18-18076 AMC |
|         Movant | : | |
|   v. | : | |
| | : | |
| Aurora Financial Group, Inc. | : | |
|         Respondent | : | |

**RESPONSE OF AURORA FINANCIAL GROUP, INC. TO RESPONSE TO MOTION TO RECONSIDER ORDER MODIFYING AUTOMATIC STAY**

Respondent, Aurora Financial Group, Inc., by and through its attorneys, Phelan Hallinan Diamond & Jones, LLP, hereby responds to RESPONSE TO MOTION TO RECONSIDER ORDER MODIFYING AUTOMATIC STAY and in support thereof, avers as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. Respondent is without information or knowledge sufficient to form a belief as to the truth of the within averment.

7. Denied. Respondent is without information or knowledge sufficient to form a belief as to the truth of the within averment. Loan is currently due for 12/01/19 – 06/01/20 payments at $1,581.76 per month less suspense of $1,245.34 for a total amount due of $9,826.98.

**WHEREFORE**, Respondent, Aurora Financial Group, Inc. respectfully requests that this Honorable Court deny RESPONSE TO MOTION TO RECONSIDER ORDER MODIFYING AUTOMATIC STAY in its entirety.

                                                Respectfully submitted,

Date:  June 23, 2020                      /s/ Jerome Blank, Esquire
Jerome Blank, Esq., Id. No.49736
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31625
Fax Number: 215-568-7616
Email: jerome.blank@phelanhallinan.com