# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 18-18076-AMC

KAIRI E GOULD

1802 WEST ERIE AVENUE

PHILADELPHIA, PA 19140

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KAIRI E GOULD

    1802 WEST ERIE AVENUE

    PHILADELPHIA, PA 19140

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

Date: 4/13/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee