**Fill in this information to identify the case:**

Debtor 1: KAIRI E. GOULD

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: EASTERN District of PA (State)

Case Number: 18-18076-amc

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** FREEDOM MORTGAGE CORPORATION

**Court claim no. (if known):** 4

**Last 4 digits** of any number you use to identify the debtor's account: 7141

**Date of payment change:** 12/01/2019
Must be at least 21 days after date of this notice

**New total payment:**
Principal, interest, and escrow, if any    $1,581.76

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $436.12        **New escrow payment:** $820.52

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not Attached, explain why: _____

   **Current interest rate:** _____ %        **New interest rate:** _____ %

   **Current principal and interest payment:** _____    **New principal and interest payment:** _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment:** _____        **New mortgage payment:** _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Thomas Song, Esquire                                     Date    November 4, 2019
  Signature

Print:    Thomas Song, Esq., Id. No.89834                      Title    Attorney
          First Name    Middle Name    Last Name

Company   Phelan Hallinan Diamond & Jones, LLP

Address   1617 JFK Boulevard, Suite 1400

          Philadelphia, PA 19103

Contact Phone   215-563-7000                                   Email   Thomas.Song@phelanhallinan.com